AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| ANTWAIN SALTERS | Case Number:   8:07-CR-398-T-17TGW<br>USM Number:   89052-022 |
| | AFPD Adam Allen<br>Defendant's Attorney |

**THE DEFENDANT:**
__X__   admitted guilt to violation of charge number(s) ___4-7___ of the term of supervision.

**THE GOVERNMENT:**
__X__   oral motion to dismiss violation of charge number(s) ___1-3___ of the term of supervision orally GRANTED by the Court.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to submit written monthly reports | May 2006-Oct. 2007 |
| 5 | Possession of a controlled substance, Marijuana | October 26, 2007 |
| 6 | Failure to make restitution | May 2006-Oct. 2007 |
| 7 | Positive urinalysis for Marijuana | February 1, 2008 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 25, 2008
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

APRIL 28th, 2008
Date

Judgment - Page __2__ of __3__

DEFENDANT:     ANTWAIN SALTERS
CASE NUMBER:   8:07-CR-398-T-17TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ONE HUNDRED TWENTY (120) DAYS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
　　Sheet 5 - Criminal Monetary Penalties

　　　　　　　　　　　　　　　　　　　　　　　　　　　Judgment - Page ___3___ of ___3___

DEFENDANT:　　　ANTWAIN SALTERS
CASE NUMBER:　　8:07-CR-398-T-17TGW

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties:

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ | $ | $874.00 Jointly And Severally With William H. Linwood, IV, Case No. 1:02CR00270-002, District of Hawaii |

____ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

____ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Shell Oil Company |  | $520.00 |  |
| Hawaiiana Hotel |  | $350.00 |  |
| Hawaiiana Hotel Employee |  | $   4.00 |  |
| **TOTALS:** |  | **$874.00** |  |

____ Restitution amount ordered pursuant to plea agreement $_____

____ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

____ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　　____ the interest requirement is waived for the ____ fine ____ restitution.

　　　____ the interest requirement for the ____ fine ____ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.